IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


JOSUE HERNANDEZ                                          PLAINTIFF

v.                        Civil No. 06-5180

SGT. SHARUM, Bethel Heights
Police Department; and
SHERIFF KEITH FERGUSON                                   DEFENDANTS

                         O R D E R

    Now on this 3rd day of January, 2007, comes on for

consideration the **Magistrate Judge's Report and Recommendation**

(document #7, filed November 16, 2006), in this matter, to which

no objections have been filed, and the Court, having carefully

reviewed said Report and Recommendation, finds that it is sound

in all respects, and that it should be adopted *in toto*.

    **IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report

and Recommendation is adopted *in toto***.

    **IT IS FURTHER ORDERED** that, for the reasons stated in the

Magistrate Judge's Report and Recommendation, the claims against

Sheriff Ferguson are hereby **dismissed**.  The claims against Sgt.

Sharium remain for later resolution.

    **IT IS SO ORDERED.**


                              /s/Jimm Larry Hendren
                              HON. JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE