IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSUE HERNANDEZ                                                                                        PLAINTIFF

           v.                              Civil No. 06-5180

SGT. SHARIUM, Bethel Heights
Police Department                                                                                      DEFENDANT

### ORDER

As it appears this case may be resolved on motion for summary judgment, the defendant is directed to file such a motion on or before **April 30, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 5th day of February 2007.

                                       /s/ *J. Marschewski*
                                       HON. JAMES R. MARSCHEWSKI
                                       UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)