IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSUE HERNANDEZ                                                        PLAINTIFF

                    v.                        Civil No. 06-5180

SGT. SHARIUM, Bethel Heights
Police Department                                                     DEFENDANT

## ORDER

The case is scheduled for a settlement conference tomorrow, August 23, 2007. The

plaintiff has requested damages in connection with injuries he sustained. Defendant is entitled

to examine plaintiff's medical records and the costs associated with his medical treatment.

Accordingly, the court orders the Medical Records Custodian of the following facility to the

release all treatment records and billing information related to the treatment of Jose Hernandez

(date of birth 12/22/1976) on April 21, 2005:

         N.W. Medical Center
         3000 Medical Center Parkway
         Bentonville, AR  72712

These records shall be produced to Mr. Robert L. Beard, Arkansas Municipal League,

201 W. 2nd Street, P.O. Box 38, North Little Rock, AR  72115, 501-978-6119 or his

representative.

IT IS SO ORDERED this 22nd day of August 2007.

                              /s/ *J. Marschewski*
                              HON. JAMES R. MARSCHEWSKI
                              UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)